1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff(s),

  v.

JAMES WUENSCHE,

    Defendant(s).

NO. CR02-415P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of Defendant's Motion to Amend the Presentence Report (Dkt. No. 34), which seeks a revision of his presentence report to reflect a finding by the Court that the Defendant suffers from alcohol abuse issues.

The government is ordered to respond to Defendant's motion, said response not to exceed three (3) pages in length and to be filed no later than **March 31, 2006.**

Filed this 23rd day of March, 2006.

        BRUCE RIFKIN, Clerk

      By  /s Mary Duett
        Deputy Clerk

MINUTE ORDER