UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>JAMES N. WUENSCHE,<br><br>    Defendant(s). | NO. CR02-415P<br><br>ORDER ON DEFENDANT'S MOTION TO AMEND PRESENTENCE REPORT |

The above-entitled Court, having received and reviewed:

1. Defendant's Motion to Amend Presentence Report

2. Government's Response to Motion to Amend Presentence Report

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is GRANTED. The presentence report will be amended to add the following sentences: "Wuensche abused alcohol throughout his adult life, including throughout 2003. During 2003, he was participating in AA meetings."

IT IS FURTHER ORDERED that the U.S. Probation Office issue an amended presentence report as indicated above.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: March 31, 2006

Marsha J. Pechman
U.S. District Judge

ORD ON - 1